**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District: District of Massachusetts | |
|---|---|---|
| Name of Movant: Miguel Santiago | Prisoner No.: 90654-038 | Case No.: 02-CR-30015 |
| Place of Confinement: F.C.I. Fort Dix, Unit 5751, P.O. Box 2000, Fort Dix, NJ 08640-0902 | | |

UNITED STATES OF AMERICA         V.         MIGUEL SANTIAGO

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. District Court, 155) Main Street, Springfield, Massachusetts 01103

2. Date of judgment of conviction  Pled Guilty: March 3, 2003; Sentenced: June 5, 2003

3. Length of sentence  135 Months

4. Nature of offense involved (all counts)  Possession with Intent to Distribute Cocaine, violation of 21 U.S.C. § 841(a)(1)/§ 841(b)(1)(B); Distribution and Possession with Intent to Distribute Cocaine Base, violation of 21 U.S.C. § 841(a)(1)/§ 841(b)(1)(B); Conspiracy to Possess with Intent to Distribute Cocaine Base, violation of 21 U.S.C. § 846

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☒

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐    No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

AO 243 (Rev. 2/95)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐        No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☐        No ☐
    (2) Second petition, etc.      Yes ☐        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    <u>Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Defense Counsel Argued The Suppression Due To Illegal Arrest Motion Ineffectively To An Erronesous Standard Of Law Because This Was An Arrest And Not Any "Terry Stop":

Supporting FACTS (state *briefly* without citing cases or law)
Just as Mr. Santiago stopped his car at the side of Putnam Avenue, at lease two police cars zoomed in and blocked him from further driving. Seventeen police approached the car from all directions with drawn guns screaming for him to show his hands. Officers pulled open the driver's side door, threw Santiago to the ground, and handcuffed him.

B. Ground two: The Crack Cocaine Statute Is Void For Constitutional Vaqueness Where 21 U.S.C. § 841(b)(1)(A)(iv) and (B)(iv) And § 841(b)(1)(C) Are Now All Based On An Unscheduled Form Of Cocaine:

Supporting FACTS (state *briefly* without citing cases or law)
The identity of the controlled substance is now held to be an element the actual controlled substance offense per 21 U.S.C. § 841(b). This newly corrected interpretaiton requires that "cocaine base/crack cocaine" be scheduled before it can be prosecuted as a separate offense.

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

(4)

D.   Ground four: _____

   Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

   The suppression for illegal arrest is a preserved issue to the extent that the issue was raised in the District Court; however, defense counsel ineffectively failed to preserve the issue with a conditional plea. The scheduling of crack cocaine issue is fully jurisdicitonal and also was not recognized by defense counsel.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
   Yes ☐     No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

   (a) At preliminary hearing  Mark G. Mastroianni, Esquire, 95 State Street, Suite 309, Springfield, MA 01103  (413-732-0222

   (b) At arraignment and plea  Same

   (c) At trial  Same

   (d) At sentencing  Same

(e) On appeal _____ N/A _____

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6/3/04
(Date)

_____
Signature of Movant

Miguel Santiago, Pro Se

(6)