IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 CV 30108-MAP

JOSE SANTIAGO,
    Petitioner

02-CR-30015

v.

UNITED STATES OF AMERICA,
    Respondent

6/9/04

# AFFIDAVIT

    I, Jose Santiago, depose the following statements under penalty of perjury pursuant to 28 U.S.C. § 1746:

    1. I am the Defendant in the criminal case which is the subject of this § 2255 Application and I possess personal knowledge of the facts which I recount here.

    2. When I was arrested, the arresting police swooped down on my car before it even stopped moving completely. Unmarked police cars blocked me in and more officers than I could count came to my car windows with guns. The door of the car was yanked open and I was ordered out. Before I could comply, there were hands pulling me. I was manhandled to the ground amid a lot of loud shouting and handcuffed. After I was searched, I was picked up and led to a police car, where I was told to sit. No one asked me for permission to search either my car or my home.

    3. My attorney prepared the Affidavit which was submitted in support of my motions to suppress. He did it in his office and brought it to me to sign. We did not do it by sitting together and writing it. I had given him much more detail than he reported

in my original Affidavit.

                                            Further Your Deponent Says Not,

                                            */s/ Miguel Santiago*
                                            Jose Santiago
                                            F.C.I. Fort Dix, Unit 5751
                                            P.O. Box 2000
                                            Fort Dix, New Jersey 08640-002