IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MIGUEL SANTIAGO,
    Petitioner

v.                                          04-CV-30108-MAP

UNITED STATES OF AMERICA,
    Respondent

## MOTION FOR PRODUCTION OF SUPPRESSION HEARING TRANSCRIPTS

Petitioner, Miguel Santiago, Pro Se, respectfully moves for the production of the transcripts of the Suppression Hearing held on December 8, 2002, and continued on December 18, January 8, and January 23. The Government has argued in its answer in purely conclusory fashion that defense counsel were not ineffective and that the hearing was conducted to the proper standards with the proper evidence. It does not answer any of the Petitioner's factual allegations and supplied none of the record.

A proper analysis of this case, and no proper answer to the Government's claims can be without the evidence, requires the transcript of the arguments placed in litigation.

Wherefore, Mr. Santiago prays that this Court order the transcript be produced for the benefit of the Petitioner and that he be allowed two weeks from receipt of transcript to file a Traverse.

Respectfully submitted,

*Miguel Santiago*
Miguel Santiago, Pro Se
F.C.I. Fort Dix, Unit 5751
P.O. Box 2000
Fort Dix, New Jersey 08640-0902

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true copy of the above Motion For Production Of Transcripts to:

> Todd E. Newhouse, Esquire, A.U.S.A.
> Office of United States Attorney
> 1550 Main Street, Room 310
> Springfield, Massachusetts  01103

on the 2nd day of July, 2004, postage prepaid.

*Miguel Santiago*
Miguel Santiago