UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF MASSACHUSETTS


MIGUEL SANTIAGO,                    )
Petitioner                          )
                                    )
                    v.              )  CIVIL ACTION NO. 04-30108-MAP
                                    )
UNITED STATES OF AMERICA,           )
Respondent                          )


                                  ORDER

                             August 20, 2004

PONSOR, D.J.

   The petitioner seeks an order from this court vacating his sentence, pursuant to 28 U.S.C. § 2255.  On June 17, 2004 the government filed its response to the petitioner's motion and on July 9, 2004 the petitioner filed a Motion for Production of Suppression Hearing Transcripts, which was allowed by this court on July 12, 2004.

   Unfortunately, the mailing informing the petitioner of the court's allowance of his motion for transcripts was returned to this court on the ground that the addressee was unknown.  It is thus unclear whether the petitioner has received either the government's memorandum or the court's ruling.

   With this in mind, the court hereby orders the clerk to re-mail a copy of the government's memorandum as well as a copy of the court's order regarding the motion for transcripts to the petitioner, including his Reg. #90654-038, with a notation on the envelope that the court's communication constitutes "Legal Mail." A copy of this order should be included in the same mailing.

   Petitioner will have until November 30, 2004 to file his

response to the government's memorandum, and the court will thereafter take the government's request for dismissal of the petition under advisement.  The date of November 30, 2004 is being selected to insure that the petitioner receives the transcripts of the suppression hearing in time to prepare his opposition.  Once the transcripts are submitted to the clerk's office, copies should be forwarded directly to the petitioner as necessary.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge