# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

MIGUEL SANTIAGO,

  Petitioner

        v.                      CIVIL ACTION NO. 3: 04-30108-MAP

UNITED STATES OF AMERICA,

  Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent United States of America, the court having denied the petitioner's motion to vacate, set aside or correct sentence.

                                          TONY ANASTAS,
                                          CLERK OF COURT

Dated: November 5, 2004            By  /s/ *Maurice G. Lindsay*
                                                Maurice G. Lindsay
                                                Deputy Clerk