IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Springfield Division

MIGUEL SANTIAGO,
    Petitioner

v.                                    3:04-CV-30108

UNITED STATES OF AMERICA,
    Respondent

**NOTICE OF APPEAL**

Mr. Santiago respectfully gives notice of his intention to appeal the Court's Order of November 5, 2004, denying his § 2255 Application in all respects; he appeals in all respects. The Petitioner continues to maintain that defense counsel argued his suppression motion to the wrong standard of law; he continues to maintain that if the drug identity is an element, his failure to schedule crack cocaine ground for relief is fully jurisdictional. His Petition for Certificate of Appealability is in preparation for submission to the First Circuit Court of Appeals, unless this Court directs that it would consider certification.

                                    Respectfully submitted,

                                    /s/ Miguel Santiago
                                    Miguel Santiago, Pro Se
                                    F.C.I. Fort Dix, Unit 5751
                                    P.O. Box 2000
                                    Fort Dix, New Jersey 08640

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true copy of the above Notice of Appeal to:

>Office of United States Attorney
>United Staates Courthouse, Room 310
>1550 Main Street
>Springfield, Massachusetts 01103-0394

on the 3rd day of January, 2005, by depositing same in the Institutional mail of F.C.I. Fort Dix, Postage Prepaid.

*/s/ Miguel Santiago*
Miguel Santiago