## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30108

Miguel Santiago

v.

United States of America

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/12/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 18, 2005.

Tony Anastas, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/19/05.

*[signature]* Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:04-cv-30108-MAP

Santiago v. United States of America
Assigned to: Judge Michael A Ponsor
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 06/07/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Miguel Santiago**              represented by **Miguel Santiago**
Reg. No. 90654-038
Unit 5751, F.C.I. Fort Dix
P.O. Box 2000,
Fort Dix, NJ 08640-0902
609-723-1100
PRO SE

V.

**Respondent**

**United States of America**    represented by **Todd E. Newhouse**
United States Attorney's Office
1550 Main Street
3rd Floor
Springfield, MA 01103
413-785-0109
Fax: 413-785-0394
Email: Todd.Newhouse@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Miguel Santiago.(Lindsay, Maurice) (Entered: 06/07/2004) |
| 06/09/2004 | 2 | Judge Michael A Ponsor : PROCEDURAL ORDER entered re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Miguel Santiago. Response by govt. to be filed within 30 days.(Stuckenbruck, John) (Entered: 06/09/2004) |
| 06/09/2004 |   | Set/Reset Deadlines as to Responses due by 7/9/2004 (Stuckenbruck, John) (Entered: 06/09/2004) |
| 06/09/2004 | 3 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Miguel Santiago.(Attachments: # 1 Continuation of Main Document# 2 Continuation of Main Document)(Lindsay, Maurice) (Entered: 06/10/2004) |
| 06/09/2004 | 4 | AFFIDAVIT of Jose Santiago re 3 Motion to Vacate/Set Aside/Correct Sentence (2255) by Miguel Santiago. (Lindsay, Maurice) (Entered: 06/10/2004) |
| 06/17/2004 | 5 | Government's Response to Miguel Santiago's 1 and 3 Motion pursuant to 28 U.S.C. (2255) to Vacate/Set Aside or Correct his Sentence, by United States of America. (Lindsay, Maurice) (Entered: 06/18/2004) |
| 07/09/2004 | 6 | MOTION for production of suppression hearing transcripts by Miguel Santiago.(Lindsay, Maurice) (Entered: 07/09/2004) |
| 07/12/2004 |   | Judge Michael A Ponsor : Endorsed ORDER entered granting 6 Motion for production of suppression hearing transcripts. (Lindsay, Maurice) (Entered: |

| | | |
|---|---|---|
| | | 07/13/2004) |
| 08/04/2004 | 7 | MEMORANDUM in Support of it's 6 MOTION for production of suppression hearing transcripts filed by Miguel Santiago. (Lindsay, Maurice) (Entered: 08/04/2004) |
| 08/16/2004 | | Mail Returned as Undeliverable. Mail sent to Miguel Santiago -attempted not known. (Finn, Mary) (Entered: 08/16/2004) |
| 08/20/2004 | 8 | Judge Michael A Ponsor : ORDER entered to re-mail govt's memo and copy of the court's order regarding transcripts Pet. have until 11/30/04 to file his response to the Govt's memo. See order for complete detils. (Lindsay, Maurice) (Entered: 08/20/2004) |
| 08/25/2004 | | Mail Returned as Undeliverable. Mail sent to Miguel Saniago (Lindsay, Maurice) (Entered: 08/25/2004) |
| 09/09/2004 | | Staff notes: Document #8 along with requested transcript remailed to plaintiff "adding registration number on envelope" (French, Elizabeth) (Entered: 09/14/2004) |
| 10/22/2004 | 9 | Dft's (Traverse) Response to Govt's 5 Response by Miguel Santiago. (Lindsay, Maurice) (Entered: 10/22/2004) |
| 11/05/2004 | 10 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered denying petitioner's 1 Motion pursuant to 28 U.S.C. 2255. See the attached memo & order for complete details. cc/cl (Lindsay, Maurice) (Entered: 11/08/2004) |
| 11/05/2004 | 11 | Judge Michael A Ponsor : ORDER entered JUDGMENT in favor of Respondent United States of America against Petitioner Miguel Santiago(Lindsay, Maurice) (Entered: 11/08/2004) |
| 11/05/2004 | | Civil Case Terminated. (Lindsay, Maurice) (Entered: 11/08/2004) |

| 01/12/2005 | 12 | NOTICE OF APPEAL by Miguel Santiago. (Note: Fee is not paid) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/1/2005. (Lindsay, Maurice) (Entered: 01/12/2005) |
|---|---|---|
| 01/12/2005 |  | Remark: The complete case file containing all pleadings and a certified copy of the docket sent today to the Clerk's Office in Boston, for final processing to the Appeals Court. (Lindsay, Maurice) (Entered: 01/12/2005) |