UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


MIGUEL SANTIAGO,                  )
Petitioner                        )
                                  )
              v.                  ) CIVIL ACTION NO. 04-30108-MAP
                                  )
UNITED STATES OF AMERICA,         )
Respondent                        )


           MEMORANDUM AND ORDER REGARDING MOTION FOR
                  CERTIFICATE OF APPEALABILITY
                       (Docket No. 16)

                         April 1, 2005

PONSOR, D.J.

    On November 5, 2004, this court issued its Memorandum and Order denying this petition pursuant to 28 U.S.C. § 2255 and ordering the case dismissed. The petitioner has now filed a Motion for a Certificate of Appealability with regard to the issues raised in the petition.

    For the reasons stated in the court memorandum, petitioner's counsel's performance came nowhere close to falling below the applicable professional standard. Moreover, the court's assumptions with regard to crack cocaine were well supported. Under these circumstances, the court's decision to dismiss the petition without an evidentiary hearing was inevitable.

    As the court noted in its November 5 memorandum, an additional reason for dismissal is the petitioner's failure to prosecute an appeal following his pleas of guilty and sentencing. Petitioner has made no attempt to demonstrate any cause for his failure to raise the claims now presented to the court on direct appeal. For this reason alone, the dismissal of his § 2255 petition was a

foregone conclusion.  United States v. Frady, 456 U.S. 152, 170 (1982).

For these reasons, the court must conclude that the petitioner has not raised issues which are debateable among jurists of reason, in the sense that some other court could resolve the issues in a manner different than this court did on November 5, 2004. Unfortunately for the petitioner, this petition simply does not raise issues which deserve encouragement to proceed further on appeal.

Accordingly, as noted, the Motion for Certificate of Appealability is hereby DENIED.  This case can now be closed.

It is So Ordered.

　　　　　　　　　　　　　　　　　　／s／ Michael A. Ponsor
　　　　　　　　　　　　　　　　　　MICHAEL A. PONSOR
　　　　　　　　　　　　　　　　　　United States District Judge